In the Matter of the Probate of the Will of MARY GIBNEY, Deceased. TITLE GUARANTEE AND TRUST COMPANY, as Executor of MARY GIBNEY, Deceased, Respondent; WILLIAM GIBNEY et al., Appellants.— Decree of the Surrogate's Court of Queens County dismissing the objections of the contestants, granting the proponent's motion for a directed verdict upon all questions to be submitted to the jury, and admitting the will of the decedent to probate, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ. [See *post*, p. 906.]

In the Matter of LOUIS LEFKON, Respondent, against ESTELLE LEFKON, Appellant.— In a habeas corpus proceeding, Estelle Lefkon, the mother, appeals from an order which awarded custody of the two children of the parties to the father, the petitioner in such proceeding. It appearing that under the existing circumstances the best interests of the children will be served by allowing them to remain with their mother, the order is reversed on the law and the facts, without costs, and the writ dismissed, without costs, but with leave to respondent to renew his application if the future should disclose any change of circumstances or conditions detrimental to the welfare of the children. The order to be entered hereon shall provide for visitation by the father. Settle order on notice within ten days from the date of this decision. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

In the Matter of the Petition of VINCENT SCUDERI, Respondent, to Set Aside the Election of a Vice-President and Director of CARVIN BOTTLE CAP CORPORATION. ISIDORE PENN et al., Appellant .— The appeal is from an order confirming the report of the Official Referee, annulling and setting aside the alleged election of appellant Berney Penn as director and vice-president of appellant Carvin Bottle Cap Corporation, declaring such offices vacant, and directing that a new election be held. Order unanimously affirmed, with costs. No opinion. The new election is directed to be held on February 11, 1944, at 2 P. M., upon notice, as provided in the order appealed from. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.